IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO PACHECO, | No. C 07-4415 MMC |
| Plaintiff, | **ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR TRIAL UPON CONSENT; DIRECTIONS TO CLERK** |
| v. | |
| ALAMEDA-CONTRA COSTA TRANSIT DISTRICT, et al., | |
| Defendants | |

All parties having consented to assignment of the above-titled matter to a United States Magistrate Judge, and defendant further having requested assignment to Magistrate Judge Maria-Elena James, IT IS HEREBY ORDERED that the case is referred to a magistrate judge for all further proceedings and entry of judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit. See 28 U.S.C. § 636(c).

In light of defendant's request, the Clerk is hereby DIRECTED to reassign the case to Magistrate Judge James.

**IT IS SO ORDERED.**

Dated: December 7, 2007

MAXINE M. CHESNEY
United States District Judge