**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**

Date: DEC - 7 2007

FILED
DEC 0 7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C - 07 - 4415 - MMC

Arturo Pacheco   v   Robert Estrella

Attorneys: Arturo Pacheco    Cathleen Wadhams

Deputy Clerk: **TRACY LUCERO**    Reporter: Not Reported

**PROCEEDINGS:**                                          **RULING:**

1. _____
2. _____
3. _____
4. _____

( ) Status Conference   ( ) P/T Conference   (✓) Initial Case Management Conference

**ORDERED AFTER HEARING:**

Consent to proceed before Magistrate signed in open Court. Initial disclosures due by each party by 12/21/07.

(✓) ORDER TO BE PREPARED BY:   Plntf___   Deft___   Court ✓

(✓) Referred to Magistrate For: All purposes to Mag. James.
    (✓) By Court
( ) CASE CONTINUED TO _____ for _____

Discovery Cut-Off _____   Expert Discovery Cut-Off _____

Plntf to Name Experts by _____   Deft to Name Experts by _____

P/T Conference Date _____   Trial Date _____   Set for ___ days
Type of Trial: ( ) Jury   ( ) Court
Notes: _____