FILED

DEC 07 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO PACHECO,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT ESTRELLA, et al.,<br><br>    Defendants._____/ | No. C-07-4415 MMC<br><br>**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE** |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: December 7, 2007

_Cathleen A Wadhams_

Counsel for Defendant(s)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO PACHECO, | Case Number: CV07-04415 MMC |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| A.C. TRANSIT et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 7, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arturo Pacheco
P.O. Box 3247
Vallejo, CA 94590

Dated: December 7, 2007

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero, Deputy Clerk