ATTENTION OF: MAGISTRATE JUDGE ) MARCH 25th, 2008
MARIA-ELENA JAMES

To: ALAMEDA-CONTRA Costa Transit District's
ATTORNEY - Cathleen A. Wadhams
CSB # 100434
1600 FRANKLIN Street, 6th FLOOR
OAKLAND, CA 94612
(510) 891-4827

CASE # C-07-04415 MEJ

Note * I gave a identical binder with same documents to "Magistrate Judge Maria-Elena James. (MAR. 25th, 08) The BLUE BINDER which I gave to you after requesting so from: JUDGE MAXINE CHESNEY ON Dec 7th, 07 at Union District Court contains same evidence justifying my good mental + physical health.

(IN Good Faith)    THANK YOU
                   ARTURO PACHECO (Tele # 510) 290-6600
                   [signature]

1. FROM: ARTURO PACHECO
2.        BUS OPERATOR # 30788
3.        P.O. BOX 3247
4.        VALLEJO, CA
5.        94590
6.        Tele #(510) 290-6600
7.
8. TO: ALAMEDA-CONTRA COSTA TRANSIT DISTRICT
9.      OFFICE OF THE GENERAL COUNSEL
10.     CATHLEEN A. WADHAMS, CSB #100434
11.     1600 FRANKLIN STREET, 6th FLOOR
12.     OAKLAND, CA 94612
13.     (510) 891-4827
14.        CASE # C-07-04415 MJE
15. DOCUMENTS (REGARDING LEGAL
16. MATTER - CASE # C-07-4415 MEJ
17. PLAINTIFF'S DISCLOSURE ] MOTION
18. PLAINTIFF'S REQUEST FOR        FOR
19.                                SUMMARY
20.                                JUDGEMENT
21. SETTLEMENT BY LAW

ARTURO PACHECO
P.O. Box 3247
VALLEJO, CA 94590
Tele # (510) 290-6600

FILED
08 MAR 25 PM 3:50
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NO LAWYER REPRESENTING MYSELF (IN GOOD FAITH)

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ARTURO PACHECO
    PLAINTIFF
V. ROBERT ESTRELLA
TRANSPORTATION SUPT.
OF ALAMEDA-CONTRA COSTA
TRANSIT DISTRICT
    DEFENDANT

NO. C-07-04415 MEJ

1. Pursuant under Rule 56(c) I request a Motion for Summary Judgement based on Admissible evidence — Statements clearing me back to work medical records + physical documentation stating my physical + good mental health.

2. This evidence is IN the BLUE BINDER of which I present March 25th, 2008

3. Dr. Davenport mentioned when I complete Mental therapy classes he would clear me back to driving — NOTE — CERTIFICATE OF ACHIEVEMENT FROM: KAISER MEDICAL CENTER — DATE NOV. 10th, 2006

PAGE # 1 of 2) PLAINTIFF'S REQUEST - Motion for SUMMARY JUDGEMENT

4. Documents from my DR. at KAISER PERMANENTE Union City - DR. M. Aleem - Tele # (510) 675-4010 Medical Station 4 - Building B
Date - Sept. 18th, 2006 -

5. KAISER PERMANENTE VISIT VERIFICATION FORM Date 9/29/06 requesting my return back to driving.

6. Letter from KAISER Intensive Outpatient Program Date Sept. 14th, 2006 - regarding Mental Health therapy classes. Requested by DR. Davenport - SAID I would be cleared back to driving after completing classes.

7. Letter from Walter E. Christian, JR. P.H.D. CHIEF, INTENSIVE OUTPATIENT PROGRAM KAISER PERMANENTE MEDICAL CENTER DATE - October 4th, 2006 - Which cleared me back to my occupation as a Full-time bus operator

8. Medical Examination REPORT FOR COMMERCIAL DRIVER Fitness Determination DATE - 7/17/07

9. DRIVER LICENSE INFORMATION REQUEST H-6 Form DATE 7/18/07

10. ALL other documents are IN BINDER JUSTIFYING Facts - to prove their is a Conspiracy against me (esculated at A.C. Transit Human Resources Dept PLAINTIFF'S REQUEST - MOTION for SUMMARY JUDGEMENT

Page 2

11. REASONABLE ACCOMODATION REQUEST FORM - DATE 3/27/07 - VERIFYING MY JUSTIFACTION TO GO BACK TO DRIVING - NOTE - 3 Pages -

12. A DOCUMENT DATE MAY 15th, 2007 SENT TO MY PREVIOUS ATTORNEY STILL INSINUATING I SHOULD NOT BE DRIVING
Note: MISTAKE: FROM A.C. TRANSIT'S ATTORNEY CATHLEEN A. WADAMS - STATING I HAVE BEEN MEDICALLY PRECLUDED FROM DRIVING EVEN AFTER I HAD PREVIOUSLY BEEN CLEARED BACK TO DRIVING BOTH MEDICALLY + PHYSICALLY.

13. DOCUMENT- DATED JUNE 26th, 2007 STILL INSINUATING I HAVE A DISABILITY (SHOULDN'T BE DRIVING)
NOTE: FROM HUMAN RESOURCES DEPARTMENT KELLY EASTER: SENIOR HUMAN RESOURCES ANALYST

14. COPIES OF APPLICATIONS FROM (2) TRANSPORTATION COMPANIES- VERIFYING BEING HIRED: I GAVE INFORMATION ABOUT PRESENT EMPLOYMENT PROBLEM AT A.C. TRANSIT - TOLD TO GET LEGAL MATTER TAKEN CARE OF 1ST

15. ALL DOCUMENTS IN BINDER JUSTIFY HARASSMENT STARTED AFTER LAW SUIT WAS PRESENTED BY ME

16. THE PREVIOUS 3-PAGES ALL CONTAIN RELEVANT FACTS TO TRUE EVIDENCE THAT A CONSPIRACY WAS CREATED AFTER I FILED A LAWSUIT AGAINST FORMER DIVISION 3 SUPT. ROBERT ESTRELLA.

DATE: MARCH 25th 2008
(IN GOOD FAITH)
I REPRESENT MYSELF

ARTURO PACHECO
P.O. Box 3247
VALLEJO, CA
94590
Tele# (510) 290-6600

CASE # C-07-04415 MEJ

BY: _____

CLOSING (ADDRESS- REGARDING-MOTION FOR SUMMARY JUDGEMENT

1. ARTURO PACHECO
2. P.O. Box 3247
3. Vallejo, CA 94590
4. Tele # (510) 290-6600

5. No Lawyer representing myself (In Good Faith)
6.         IN THE UNITED STATES DISTRICT COURT
7.         NORTHERN DISTRICT OF CALIFORNIA

8. ARTURO PACHECO           NO. C-07-04415 MEJ
9.     PLAINTIFF
     V
10. ROBERT ESTRELLA
    TRANSPORTATION SUPT.    PLAINTIFFS' INITIAL DISCLOSURE
11. OF ALAMEDA-CONTRA COSTA
    TRANSIT DISTRICT
12.     Defendant,

13.        Pursuant to Rule 26(A)(1) of the Federal Rules of Civil
14. Procedure, Plaintiff, Bus Operator, #30788 - ARTURO PACHECO
15. Formerly of A.C. Transit's - Division Three - Richmond Facility,
16. 201 21st ST, Richmond, CA 94801
17.      I submit my Initial Disclosure.
    All Individuals listed below are of Law Enforcement
18. Agencies of which I had previously contacted regarding
19. a personal problem + documents which I had submitted
20. to these agencies asking for help instead of taking
21. the law into my own hands.
22. 1. They can be contacted through the documents, addresses
    + signature
23. 2. All proof that problems were created for me
24. after requesting help.
25. 3. Note # This all led up to my being sent to
    be mentally evaluated requested by Division's Three's
    Supt. at that time MR. Robert Estrella
    Date - Sept. 5th, 2006 - IN BINDER SUBMITTED (Page #35)
         PAID ADMINISTRATIVE LEAVE

PAGE # 1 - NOTE: PLAINTIFF'S ANSWERS TO DEFENDANT'S DISCLOSURE

4. Two page letter dated August 27th, 2003 Recovery of Personal Documentation from A.C.Transit's - Human Resources Employment Services AA/EEO Investigator - Darryl K. Gaines

5. 1-Page letter from District Attorney's Office Date - January 27th, 2004 Signed by Rick Marchitiello - Lieutenant of Inspectors

6. 1-Page letter from - Alameda County Sheriff's Office Internal Affairs Division - Date Feb. 6th, 2004 Signed by Jay Patel, Inspector III

7. 1-Page letter from Alameda County Sheriff's Office Date - March 1st, 2004 - Signed by Casey Nice, Internal Affairs Section    Page #3

8. 6-pages part of documents I mailed to Federal Bureau of Investigation - 450 Golden Gate Avenue 13th Floor - Box 36015 San Francisco, CA 94102 - Mailed on Nov. 17th, 2004
My documents were never answered until I went personally to the Federal Bureau of Investigation at 450 Golden Gate Avenue I was told by a Deputy Agent after filling out a questionare that they did not keep my documents recieved + that they did not handle Fraud cases I was told to go to the VA office which I did - Recieved Notification from the -VA- Date July 31st 2007 Copy submitted in Binder

9. Memos - Dated from Sept- 6th, 2005 corresponding with then Division Three Supt. Robert Estrella - Note * I decided to give the information after attending a CDL class when Deputy McBey + Deputy Carter - insisted that any operators with personal problems (regarding discrimination in the workplace submitt memos to their Supt.- which I did -
Note memos - In Binder are from Sept. 6th, 2005 until 2007 requests to get back to work after completing Mental Therapy classes - requested by Gerald Davenport, PH.D. Psychologist sent to by A.C.Transit's Supt. Mr. Robert Estrella -

10. Copy of Letter dated Nov. 4th, 2005 from myself - Arturo Pacheco to Contra Costa Sherrifs Dept.

Page # 2 -  Plaintiff's - True Facts Against A.C.Transit's Defendant

11. 1-Page letter from OFFICE OF THE SHERIFF-CORONER Lieutenant MARK HALE - A.C. TRANSIT DISTRICT POLICE SERVICES manager - DATE FEB. 14th, 2006

12. A letter dated JANUARY 21st, 1996 to then OAKLAND POLICE CHIEF JOSEPH SAMUELS JR. telling him a story + requesting help in a lawsuit of which I lost against a Jewish pychiatrist at KAISER Hospital in OAKLAND, CA I did attempt to committ suicide but lived - I did file a lawsuit + lost close to $29,000.00 - This is why I went to the numerous law enforcement agencies requesting help - I was never helped with direct assistant from law enforcement but finally with help from previous attorney - Kathleen A. McCormi of 655 Montgomery St. Suite 1200, San Francisco, CA 94111 Tele # (415) 399-1722 - I recieved help + filed a discrimination suit against - A.C Transit - DATE May 24th, 2007 EEOC # 555-2007-00586

13. Letter from Jimmie R. TURNER, PH.D. CLINICAL PSYCHOLOGIST DATE- APRIL 8th, 1994 - This letter was recieved + cleared me back to work as a Bus-operator in 1994 - This is when I filed a Lawsuit against the psychiatrist that insisted I take the same medication in a injection that previously disabled me in 1993 -

14. # Document from MUNICIPAL COURT - COUNTY OF ALAMEDA Regarding me being arrested - Note * Fingerprinted - Booked Vehicle impoonded - Note # arrest was less then (2) months after I submitted a letter to OAKLAND POLICE CHIEF JOSEPH SAMUELS JR. - Note * I had given Law Enforcement my license # of my (Dodge RV-1990) which I had been living in at that time. DATE- 6/11/98 - IN BINDER

15. # I submitted a binder exactly of the one I enclose now to you - DATE - MARCH 25th, 2008

16. I enclosed this binder to A.C Transit's attorney Cathleen A. Wadhams after requesting could I do so from United States District JUDGE - MAXINE M. CHESNEY ON Dec. 7th, 2007 -

PLAINTIFF'S - TRUE FACTS AGAINST A.C. TRANSIT'S DEFENDANT

Page #3

17. Computation of Damages

I the plantiff request to be compensated for the time I have been off work which has been since Sept. 5th, 2006-

Any award also regarding punitive damages from emotional distress regarding the escalation of my complaints.

Date- MARCH 25th, 2008

Myself- Bus OPERATOR # 30788

ARTURO PACHECO
P.O. Box 3247
Vallejo, CA 94590
Tele #(510) 290-6600

By- [signature]

age #4  PLAINTIFF'S - TRUE Facts against A.C. Transit's defendant