IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO PACHECO,<br><br>        Plaintiff,<br><br>  vs.<br><br>ROBERT ESTRELLA,<br><br>        Defendant.<br>_____ / | No. C-07-4415 MEJ<br><br>ORDER SETTING CASE MANAGEMENT CONFERENCE |

    IT IS HEREBY ORDERED that, pursuant to Fed. R. Civ. P. 16 and Civil L.R. 16-10, a Case Management Conference will be held in the above-captioned case before the Honorable Maria-Elena James on Thursday, August 14, 2008 at 10:00 A.M. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

    IT IS FURTHER ORDERED that Counsel shall meet and confer prior to the Case Management Conference and file, <u>no later than seven days before the conference</u>, a Joint Case Management Statement addressing the information contained in Magistrate Judge James' Joint Case Management Statement and [proposed] Case Management Order form, a copy of which may be obtained from the Court's website.

    IT IS FURTHER ORDERED that any party that has not already done so shall file a consent/declination form, consenting to Judge James' jurisdiction or requesting reassignment to a

1 district court judge.  Copies of the consent and declination forms may be obtained from the Court's
2 website.
3 **IT IS FURTHER ORDERED that the parties shall, in addition to filing papers**
4 **electronically, lodge with chambers a printed copy of the papers by the close of the next court**
5 **day following the day the papers are filed electronically.  These printed copies shall be marked**
6 **"Chambers Copy" and shall be submitted to the Clerk's Office in an envelope clearly marked**
7 **"Magistrate Judge Maria-Elena James," with the case number and "E-Filing Chambers**
8 **Copy."  Parties shall not file a paper copy of any document with the Clerk's Office that has**
9 **already been filed electronically.**

12     IT IS SO ORDERED.
13 Dated: July 14, 2008



MARIA-ELENA JAMES
United States Magistrate Judge

2