

FILED
08 AUG -6 PM 2: 54

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARTURO Pacheco

Plaintiff(s),

v.

ROBERT ESTRELLA
(THEN)(DIV. 3) Transportation SUPT.
Defendant(s).

No. C- 07-4415 MEJ

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: August 6th, 08

Signature

Counsel for "PRO Se"
(Plaintiff, Defendant or indicate "pro se")