PLAINTIFF — Representing myself In Good Faith
FROM: ARTURO PACHECO (Tel. # 510-290-6600)
P.O. Box 3247
Vallejo, CA 94590

NO- C-07-4415 MEJ

VS. ROBERT ESTRELLA
THEN DIV. 3- AC Transit-Supt.

TO: HONORABLE Magistrate Judge MARIA-Elena James

Under civil Local Rule 16-10(a) I request to have a telephone conference with Defendant's attorney Cathleen A. Wadhams.

Due to not recieving ORDER setting Case Management conference in time I have Not been able to bring forms to the defendant's attorney - I have called her but she has Not been returning the calls - I hope today which is the 6th of August 2008 - to deliver the forms + all other documents requested to her stamped by The Clerk of Court-

If possible a extension of time: to meet + confer

Note: I will be able to attend the Hearing Next week - Thurs. Aug. 14th, 2008 at 10AM in Courtroom B 15th Floor Note - Meet + confer No Later than 7 days before the conference - That's Thurs. Aug. 7th 08 (tomorrow)

DATED August 6th 08

Sincerely - THANK YOU
PLAINTIFF- ARTURO PACHECO