Total Time (Hrs):

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

*HON. MAGISTRATE JUDGE MARIA-ELENA JAMES*

### CIVIL MINUTE ORDER

**DATE:** August 14, 2008
**TITLE:** Pacheco -v- Estrella                                    **CASE #:** C-07-4415 MEJ

**APPEARANCES:**

**FOR PLAINTIFF:**                                                 **FOR DEFENDANT:**

Arturo Pacheco                                                     Cathleen A Wadhams

**Deputy Clerk:** Brenda Tolbert                                   **FTR:** Jim Yeomans

**PROCEEDINGS:**
  **X**   Case Management
  ____   Further Case Management
  ____   Status Conference
  ____   Pretrial Conference
  ____   Settlement Conference (Length: Hr/s.)
  ____   Evidentiary Hearing
  ____   Examination of Judgment Debtor
  ____   Motions
  ____   Other:

**ORDER/RESULTS:**

Court to Issue Scheduling Order for Trial. Trial Scheduled for June 15, 2009 at 1:30. See Court Order.

**Case Continued To:** _____   **For:** _____
**Case Referred To:** _____    **For:** _____

**ORDER TO BE PREPARED BY:**

cc: Chambers File, Chris, Brenda, Other: