IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO PACHECO, | No. C 07-4415 MEJ |
| Plaintiff(s), | **CORRECTION TO AUGUST 14, 2008 CASE MANAGEMENT ORDER** |
| vs. | |
| ROBERT ESTRELLA, et al., | |
| Defendant(s). | |

On August 14, 2008, the Court issued a Case Management Order in the above-captioned matter. Due to inadvertent error, the order provides for a dispositive motion filing deadline of January 23, 2009. Please note that the correct deadline for filing dispositive motions is January 22, 2009, so as to comply with the scheduling requirements of Civil Local Rule 7.

**IT IS SO ORDERED.**

Dated: October 31, 2008

MARIA ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ARTURO PACHECO,

        Plaintiff,

  v.

A.C. TRANSIT et al,

        Defendant.
                                        /

Case Number: CV07-04415 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 31, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arturo Pacheco
P.O. Box 3247
Vallejo, CA 94590

Dated: October 31, 2008

                                      Richard W. Wieking, Clerk
                                      By: Brenda Tolbert, Deputy Clerk