IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO PACHECO, | No. C 07-4415 MEJ |
| Plaintiff(s), | **ORDER VACATING HEARING RE: PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| ROBERT ESTRELLA, | **ORDER TO SHOW CAUSE** |
| Defendant(s). | |

On January 12, 2009, Plaintiff filed a motion for summary judgment, with a noticed hearing date of February 26, 2009. (Dkt. #24.) Pursuant to Civil Local Rule 7, any opposition to Plaintiff's motion was due by February 5, 2009. As Defendant filed no opposition, the Court hereby VACATES the February 26, 2009 hearing and ORDERS Defendant to show cause why sanctions should not be imposed for failure to timely file an opposition. Defendant shall file a declaration by February 19, 2009, and the Court shall conduct an order to show cause hearing on February 26, 2009. Plaintiff need not appear at the February 26 hearing.

**IT IS SO ORDERED.**

Dated: February 10, 2009

MARIA ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ARTURO PACHECO,

        Plaintiff,

v.

A.C. TRANSIT et al,

        Defendant.

Case Number: CV07-04415 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 10, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arturo Pacheco
P.O. Box 3247
Vallejo, CA 94590

Dated: February 10, 2009

    Richard W. Wieking, Clerk
    By: Brenda Tolbert, Deputy Clerk

Page 2 of 2