IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO PACHECO, | No. C 07-4415 MEJ |
| Plaintiff(s), | **ORDER VACATING ORDER TO SHOW CAUSE** |
| vs. | |
| ROBERT ESTRELLA, | **ORDER SCHEDULING HEARING RE: PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| Defendant(s). | |

On February 10, 2009, the Court ordered Defendant to show cause why sanctions should not be imposed for failure to timely file an opposition to Plaintiff's pending summary judgment motion. (Dkt. #25.) The Court is now in receipt of Defendant's Declaration in response, filed February 24, 2009. (Dkt. #26.) Good cause appearing, the Court hereby VACATES the Order to Show Cause.

So that Plaintiff's pending summary judgment motion may proceed on the merits, Defendant shall file any opposition by March 5, 2009, and Plaintiff shall file any reply by March 19, 2009. The Court shall hold a hearing on the motion on April 2, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: February 24, 2009

MARIA ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ARTURO PACHECO,

         Plaintiff,

v.

A.C. TRANSIT et al,

         Defendant.

Case Number: CV07-04415 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 24, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arturo Pacheco
P.O. Box 3247
Vallejo, CA 94590

Dated: February 24, 2009

                        Richard W. Wieking, Clerk
                        By: Brenda Tolbert, Deputy Clerk