IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARTURO PACHECO,

    Plaintiff,

vs.

ROBERT ESTRELLA,

    Defendant.

_____/

No. C 07-4415 MEJ

**ENTRY OF JUDGMENT**

On April 9, 2009, the Court denied Plaintiff's motion for summary judgment and granted summary judgment in favor of Defendant. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant and against Plaintiff. The Clerk of Court shall close the file in this matter.

    **IT IS SO ORDERED.**

Dated: April 9, 2009

                                                    MARIA-ELENA JAMES
                                                  United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ARTURO PACHECO,

        Plaintiff,

v.

A.C. TRANSIT et al,

        Defendant.

Case Number: CV07-04415 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 9, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arturo Pacheco
P.O. Box 3247
Vallejo, CA 94590

Dated: April 9, 2009

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk