FILED

UNITED STATES COURT OF APPEALS

AUG 03 2010

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ARTURO PACHECO, | No. 09-15931 |
| Plaintiff - Appellant, | D.C. No. 3:07-cv-04415-MEJ |
| v. | Northern District of California, San Francisco |
| ROBERT ESTRELLA, A.C. Transit - Division 3 - Richmond Facility, Transportation Supt. 201 21st St., Richmond, CA 94801, | ORDER |
| Defendant - Appellee. | |

Before:     CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

Arturo Pacheco's petition for panel rehearing is denied.

No further filings shall be accepted in this closed case.